THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
E-MAIL   t_stew_3@yahoo.com
Attorneys for David Johnson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JOHNSON, | Case No.  CV 12-1458 JSC |
| Plaintiff, | STIPULATION OF DISMISSAL OF THE COMPLAINT; ORDER |
| v. | |
| SUNHILL ENTERPRISES, LP, | |
| Defendant. _____/ | |
| and Impleader Action _____/ | |

　　　　The Plaintiff and Defendant hereto stipulate as follows:

　　　　The Plaintiff and Defendant have reached a full and final settlement of all issues between them in this action.  A Settlement Agreement between the Plaintiff and Defendant has been fully executed.

　　　　Some parts of the Settlement Agreement are to be performed in the future.  The Plaintiff and Defendant shall comply with their Settlement Agreement, a copy of which is incorporated by reference as if fully set forth.  The Plaintiff and Defendant request the Court to retain

　　　CV 12-1458 JSC　　　　　　　　　　1

jurisdiction over them for 18 months from the date hereof in order to enforce the terms of the Settlement Agreement between them under the authority of *Kokkonen v. Guardian Life Insurance Co. Of America,* 511 U.S. 375, 381-82 (1994).

Although the Plaintiff and Defendant are hereby dismissing the Action between them with prejudice, they agree that the Court will retain jurisdiction over the Action between them and the Plaintiff and Defendant in order to be able to enforce the terms of the Settlement Agreement.

IT IS HEREBY STIPULATED by and between the Plaintiff and Defendant through their designated counsel that the Complaint be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(2), and the Court retains jurisdiction over Plaintiff and Defendant to enforce the terms of the Settlement Agreement between them for 18 months after the date hereof.

This Action continues as to the Impleader between Sunhill Enterprises, L.P. and Joanna Chau.

Date: January 8, 2013                           Date: January 8, 2013

S/Rebecca Coll,                                 S/Thomas N. Stewart, III,
Attorney for Defendant                          Attorney for Plaintiff

IT IS SO ORDERED:

Date: January 9, 2013



IT IS SO ORDERED
Jacqueline S. Corley
Judge Jacqueline Scott Corley

CV 12-1458 JSC                                  2