S AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Northern District of California

David Johnson
           Plaintiff (s),
V.
Sunhill Enterprises, LP
           Defendant (s).

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: C 12-01458 JSC

Notice is hereby given that, subject to approval by the court, __Sunhill Enterprises, LP__ substitutes
                                                                                    (Party (s) Name)

__William Weisberg, Weisberg & Miller__, State Bar No. __146284__ as counsel of record in
     (Name of New Attorney)

place of __James A. Quadra and Rebecca M. Coll, Quadra & Coll, LLP__.
                             (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Weisberg & Miller
    Address: 654 Sacramento Street, 3rd Floor
    Telephone: (415) 296-7070        Facsimile: (415) 296-7060
    E-Mail (Optional): wweisberg@wmlawfirm.com

I consent to the above substitution.
Date: 2/25/2013
                                   (Signature of Party (s))

I consent to being substituted.
Date: 2/25/2013
                                   (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 2/25/2013
                                   (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: February 25, 2013
                                   Judge
Magistrate Judge Jacqueline Scott Corley

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]