AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT
## Northern District of California

DAVID JOHNSON

            Plaintiff (s),

V.

SUNHILL ENTERPRISES, LP

            Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: CV 12-1458 JSC

Notice is hereby given that, subject to approval by the court, __Joanna Chau__ substitutes
                                                           (Party (s) Name)

herself in pro per _____, State Bar No. __N/A__ as counsel of record in
                (Name of New Attorney)

place of __Wendel, Rosen, Black & Dean LLP.__
                              (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:       Joanna Chau

    Address:          39060 Fremont Blvd., Fremont, CA 94538

    Telephone:       510-468-0318        Facsimile N/A

    E-Mail (Optional):  jcjoanna09@gmail.com

I consent to the above substitution.

Date: 2/20/13

                                            JOANNA CHAU
                                            (Signature of Party (s))

I consent to being substituted.

Date: 2/21/13

                                            Jennifer Tang
                                            (Signature of Former Attorney (s))

I consent to the above substitution.
Date: _____

                                            N/A
                                            (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:   February 26, 2013                               Jacqueline S. Corley
                                            U.S. Magistrate Judge
                                            Jacqueline Scott Corley

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

American LegalNet, Inc.
www.FormsWorkflow.com