UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>SUNHILL ENTERPRISES, LP,<br><br>    Defendant. | Case No. 12-cv-01458-JSC<br><br>**ORDER APPOINTING COUNSEL** |
| SUNHILL ENTERPRISES, L.P.,<br><br>    Third-Party Plaintiff,<br><br>v.<br><br>JOANNA CHAU,<br><br>    Third-Party Defendant. | |

Because Third-Party Defendant Joanna Chau has requested and is in need of counsel to assist her in this matter and a volunteer attorney is willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, Jeffrey Homrig, Patricia Young, and Lin Tzeng of Latham & Watkins LLP are hereby appointed as counsel for Ms. Chau in this matter.

The scope of this referral shall be for:

- ☐ all purposes for the duration of the case
- ☒ the limited purpose of representing the litigant in the course of
  - ☒ mediation
  - ☐ early neutral evaluation
  - ☐ settlement conference
  - ☐ briefing ☐ and hearing on the following motion (e.g., motion for

summary judgment or motion to dismiss):

☐ discovery as follows:

☐ other:

So that Plaintiff's counsel has adequate time to review the case, all proceedings in this action, including the February 25 pre-mediation phone call and the March 6 Case Management Conference ("CMC"), are hereby stayed until four weeks from the date of this Order. The parties shall contact the Court's ADR department to reschedule the phone call for a time in March convenient to the parties and the ADR department. The CMC is hereby rescheduled to May 15, 2014 at 1:30 p.m. Finally, counsel shall be familiar with General Order No. 25 and the Federal Pro Bono Project Guidelines posted on the Court's website.

IT IS SO ORDERED.

Dated: February 11, 2014

Jacqueline Scott Corley
United States Magistrate Judge

2