UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JOHNSON,<br><br>        Plaintiff,<br><br>  v.<br><br>SUNHILL ENTERPRISES, LP,<br><br>        Defendant. | Case No.  12-cv-01458-JSC<br><br>**ORDER APPOINTING COUNSEL FOR FULL-SCOPE PURPOSES** |
| SUNHILL ENTERPRISES, L.P.,<br><br>        Third-Party Plaintiff,<br><br>  v.<br><br>JOANNA CHAU,<br><br>        Third-Party Defendant. | |

Pursuant to the request of Third-Party Defendant Joanna Chau and the Federal Pro Bono Project, the Court appointed Jeffrey Homrig, Patricia Young, and Lin Tzeng of Latham & Watkins LLP as counsel for Ms. Chau for the limited purpose of mediation. (Dkt. No. 54.) Because the Court is in receipt of a further request from the Federal Pro Bono Project to appoint the above-named counsel to represent Ms. Chau for all purposes for the duration of the case, the Court hereby expands the appointment of Ms. Chau's pro bono counsel for full-scope purposes.

IT IS SO ORDERED.

Dated: May 12, 2014

                                                    Jacqueline Scott Corley<br>                                                    United States Magistrate Judge