UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID JOHNSON,

    Plaintiff.

v.

SUNHILL ENTERPRISES, LP,

    Defendant.

Case No.  12-cv-01458-JSC

**SCHEDULING ORDER**

Upon reviewing the parties' joint case management conference statement filed on May 15, 2014 (Dkt. No. 58), the case management conference for May 22, 2014 is continued to September 18, 2014 at 1:30 p.m and the following case schedule is ordered:

**I.    CASE MANAGEMENT SCHEDULE**

| | |
|---|---|
| Deadline to amend pleadings: | September 26, 2014 |
| Discovery Cut-Off: | January 9, 2015 |
| Deadline for Hearing Dispositive Motions: | February 13, 2015 |
| Pretrial Conference: | April 9, 2015 |

**II.    TRIAL DATE**

    A.    Jury trial will begin on April 27, 2015, at 8:30 a.m., in Courtroom F, 15th Floor, U.S. District Court, 450 Golden Gate, San Francisco, California.

    B.    The Court is expecting the length of the trial to not exceed 3 court days.

**IT IS SO ORDERED**.

Dated: May 16, 2014

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge